UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,  Criminal No. 10-127 (JNE/AJB)
                           Civil No. 12-381 (JNE)
         Plaintiff,

v.                         **ORDER**

LAQUAN TRAVEON FAIR,

         Defendant.

_____

For the reasons set forth in the Government's Response to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, including the exhibits thereto, the Defendant's motion is DENIED. The Defendant's prior convictions qualified him as an armed career criminal for purposes of 18 U.S.C. § 924(e). He has not shown a need for an evidentiary hearing and did not receive ineffective assistance of counsel. He received the lowest possible sentence consistent with the 180 month mandatory minimum, and is not entitled to the relief he seeks. The Defendant is not entitled to a certificate of appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 16, 2012

                                       s/ Joan N. Ericksen
                                       JOAN N. ERICKSEN, Judge
                                       United States District Court